| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2003 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| REINHARD, PHILIP G. | NDIL – Western Division | 3/22/04 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE – ACTIVE | ___ Nomination, Date _____  ___ Initial  X  Annual ___ Final | 01/01/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 211 South Court Street Room 215 Rockford, IL 61101 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

2004 APR -1 A 10: 5 RECEIVED FINANCIAL DISCLOSURE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1 | Illinois Judges' Retirement System & Illinois Municipal Retirement Fund – Vested.  Benefits began 1/12/1996. |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

☐ NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| 1   2003 | Illinois Judges' Retirement System | $53,725.80 |
| 2   2003 | Illinois Municipal Retirement Fund | $12,173.37 |
| 3 | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

☐ NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1   2003-Int. | Substitute Teacher – Harlem Consol. School Dist. |
| 2 | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE (No such reportable reimbursements.) | |
| 1 | Intellectual Property Law Association of Chicago | Nov. 7-8, 2003; Annual Dinner: Lodging (1 night) dinner & breakfast expenses. Myself & ███ |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G. | 3/22/2004 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Codes (Q-W) | D. Transactions during reporting period (if not exempt from disclosure) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Regal Beloit Corporation Common Stock | A | Div. | K | T | | | | | |
| 2 IRA Acct. 1st Union AMFI Common Stock | A | Div. | K | T | | | | | |
| 3 AmCore Financial Accounts | B | Int. | M | T | | | | | |
| 4 Equitable Resources Common Stock | B | Div. | L | T | | | | | |
| 5 Vanguard – Index Total Stock Market Fund | B | Div. | M | T | Add | 3/13 | L | | |
| 6 Mairs & Power Growth Fund | A | Div. | J | T | Add | 3/21 | J | | |
| 7 Pioneer Natural Res. Co. Common Stock | | None | J | T | | | | | |
| 8 Nabors Industries Ltd. f/k/a Nabors Industries,Inc. Common Stock | | None | J | T | | | | | |
| 9 Harbor Cap.App. Fund | A | Div. | J | T | Add | 3/21 | J | | |
| 10 Artisian Int'l Fund | A | Div. | K | T | | | | | |
| 11 Cisco Systems Common Stock | | None | J | T | | | | | |
| 12 E*Trade Clearing LLC Brokerage Account | A | Int. | K | T | | | | | |
| 13 Vanguard Prime Money Market Fund | A | Div. | L | T | | | | | |
| 14 Dodge & Cox Stock Fund | A | Div. | J | T | Add | 3/24 | J | | |
| 15 Royce Small Cap Fund | | None | J | T | Add | 3/24 | J | | |
| 16 Tyco International Common Stock | | None | J | T | | | | | |
| 17 Baron Small Cap Fund | | None | K | T | Add | 3/24 | J | | |

1. Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(See Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000.
2. Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
(See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(See Col. C2) U=Book value V=Other W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | | |
| 18. Teleflex Inc. Common Stock | A | Div. | J | T | Buy | 4/14 | J | | | |
| 19. Libbey Inc. Common Stock | A | Div. | J | T | Buy | 4/14 | J | | | |
| 20. Pfizer Inc. Common Stock | A | Div. | J | T | Buy | 4/25 | J | | | |
| 21. Gold – Krugerrands (X) | | None | | | Sell | 5/22 | J | C | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

██████ Trust #2 listed in 2002 Report in Article I and explained in Article VIII was closed in 2002. Duties as trustee and as executor or related estate ended in 2002.

██████ Trust #1 listed in 2002 Report Article I and Article VII, line 6 no longer listed as the value of all the trust assets are in a bank and is below $5,000 and the income received is less than $200.00.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ███████████████████     Date 3-22-04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544